# Exhibit "1"



1:42

I will be making a positive review on Reddit coming month

🚫 bryangile88@icloud.com ⟩

-Bryan



The whole middle in front is very dense already and I know I had hair there previously, but it's definitely satisfactory

I do wish we went lower with the front hairline, but again he did ask me, and I just didn't know what I wanted or what the hairline should be

Hey Bryan, you know it's funny. You can have two guys look at the same result. One guy says

**1:42**

Josh, it's a simple question.
the front single what
he centimeter
densit

🚫 **bryangile88@icloud.com** ⟩

Dr. Bolton
954 995 7445
Ask him by call or text any
surgical question you like.

Thu, Dec 4 at 3:13 PM

Hey Josh, I just wanted to
reach out to you and tell you
my hair is really thickening up. I
think my biggest complaint
was just going lower with the
side hairline.. which to boltons
defense, he clearly asked me
what I want and I didn't know

I'm only 11 months in and I am
satisfied with the thickening

I will be making a positive
review on Reddit in the coming
month

-Bryan





1:45

bryangile88@icloud.com ⟩

Said this guy is still bald.

...ause

Opinions are fine. Lying and a concerted effort to mislead, defame, and lie are open to recovering damages and protecting a well earned reputation.

And as you said yourself. Dr. Bolton drew out your hair line and you agreed. You are the ultimate final say on where a hair line is placed. Not Dr. Bolton. It's not uncommon during the pre-surgical consultation for hairlines to be changed up and down and tweaked back-and-forth a bunch of times it's what you want not what he wants. He's a guide that's all.

Yeah, and that's the main reason why I deleted my post because even though I'm disappointed with the hairline he chose. He did ask me.. and my Hair Transplant was successful

So I started thinking Bolton



bryangile88@icloud.com ›

I deleted my reddit post. I have much thicker hair on the top of my head.. not too happy about the hairline we chose wish we would've went further down.

But overall, it was a successful Hair Transplant

And even though I seen other botched results on Reddit, I'm guessing that not every Hair Transplant is going to turn out great

