# Exhibit "2"



1:40

< 52

⊘ bryangile88@iclo... ⟩

OK Bryan, you bring up a lot of stuff that needed to be answered and you don't acknowledge any of that? If you have any concerns speak directly to Dr. Bolton.

OK, the answer is no OK. I got it.

You dont see he lies?

Like I said, if you're not willing to refund some of my funds , I will be giving my honest review on YouTube TikTok, Reddit, and various other outlets.

No slander though

There's nothing else to talk about

Not one quality result on our site ?
The patient who shows that he lied about his results?
The fake photos that don't



🚫 **bryangile88@icloud.com** ›

Josh, I have a question about the incisions where no hair is inserted in on the top of my head

How many cups on the top of my head do you think there is where there is no hair inserted?

Is it part of the process to put lots of cuts on the top of the head where you don't put hair?

Yeah, I'm just gonna keep going hard on social media. If you guys aren't willing to kick me back some of my money this is just shady sloppy work.

Mon, Dec 22 at 10:01 AM

1:32

< 50

🚫 bryangile88@iclo... ⟩

Ask them to explain this.

I'm just reaching out to give you an opportunity to kick me back some of my funds. There's no way 14,000 hairs were transplanted.

If I don't receive some of my funds back, I got no choice, but to post online everywhere i can and share my story.

Respectfully

-Bryan Gile



I promise you, Josh I will continue to spread the word since you guys didn't wanna kick me back half of my money for this mediocre work.

I haven't even made a YouTube channel yet or an Instagram channel yet or visited many forums.

I will keep grinding for the next year. It's a long-term play