# Exhibit "3"

ment 1-3 Entered on FLSD

Maybe: Bryan ›



**Siri Found a Contact**
Bryan                                    Add    ✕
+1 (417) 571-5321

Everything has been deleted if there's anything I missed let me know. I don't wanna sign a proposal, but we can just have an agreement through text or email.


Forwarding

Delivered

If you did not expect this message from an unknown sender, it may be spam.

+    Text Message · RCS                🎤



| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| ⇧ | Z | X | C | V | B | N | M | ⌫ |
| 123 | | | ↵ |

☺                                        🎤





The dele___

**Siri Found a Contact**
Bryan
+1 (417) 571-5321

Add ×

Today 6:29 AM

I don't think I wanna sign any proposal though. Maybe just a text agreement. I also deleted my yelp review and my trust pilot review.





Text Message · RCS



Siri Found a Contact
Bryan
+1 (417) 571-5321



I think it takes a couple months for the post not to be recognized on the Google search. But everything is deleted.

Yoni also wants the case to be dismissed. He also agrees to delete everything.

The deletion of my post is contingent on you dismissing

+  is  Text Message · RCS