UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:26-cv-61415-WPD

BOLTON MANAGEMENT, LLC,
a Florida Limited Liability Company
and DR. BRETT BOLTON, an individual.,

     Plaintiff,

v.

BRYAN GILE, an individual,

     Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(e)(1)

This cause is before the Court on Plaintiff's Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(E)(1) [DE 7]. The Court has reviewed the Motion [DE 7] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that [DE 7] is **GRANTED**. Plaintiffs may serve Defendant Bryan Gile through email. Plaintiffs have shown diligence in attempting to serve Defendant Bryan Gile by (1) visiting his last known residence; (2) visiting his last known place of work; (3) learning from Defendant himself that he does not presently occupy any residence and that Defendant is a truck driver currently dispatched to drive the State of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Hunt