**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61415-CV-DIMITROULEAS**

BOLTON MANAGEMENT, LLC, a
Florida Limited Liability Company
and DR. BRETT BOLTON, an individual

      Plaintiff,

vs.

BRYAN GILE, an individual;

      Defendant.

_____/

**<u>PLAINTIFF'S NOTICE OF ELECTRONIC SERVICE PERFECTED</u>**

PLEASE TAKE NOTICE that Plaintiffs, BOLTON MANAGEMENT, LLC and DR. BRETT BOLTON ("Plaintiffs"), have effectuated electronic service, pursuant to this Court's Order Granting Motion for Electronic Service (ECF 08).

1. On June 4, 2026, this Court entered an Order Granting Service of Process on Defendant Bryan Gile, by electronic service.

2. Counsel for Plaintiffs were aware of an email address – bryangile88@icloud.com; however after attempting service to this email address, it appears to have been deleted.

3. Plaintiff did additional research and located a second potential email address bibbles.bee@gmail.com and sent the service via this new email.

4. Plaintiff did not receive any response, however, on or about June 4, 2026, Defendant posted online that he was aware of the ongoing lawsuit and expressly states "Dr. Brett Bolton is now suing me." *See Exhibit A.*

5. Plaintiffs complied with this Court's order and emailed all requisite documents

6. Based on this information, Plaintiffs respectfully request this Court deem Defendant served as of June 4, 2026, based on Defendant's express acknowledgement of the lawsuit.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing has been filed on this 12th day of June 2026, utilizing the CM/ECF.

Dated: June 12, 2026

Respectfully Submitted,

By: /s/KELLY ANN M. DESROSIERS
Kelly Ann M. desRosiers, Esq.
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
Lorri Lomnitzer, Esq.
Florida Bar No. 37632
Lorri@Lomnitzerlaw.com
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy. Suite 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
*Attorneys for Plaintiffs*