# EXHIBIT A

## Join the most real place on the internet

Continue with Google

Continue with Apple

Continue with Phone Number

Continue with Email

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/HairTransplants · 7d ago
botchedbybolton

# Botched & Sued - Dr Brett Bolton Fort Lauderdale Florida

Surgery Report



In January 2025, I underwent hair surgery with Dr. Brett Bolton at Great Hair Transplants, after being assured by their salesman, Josh Engoren, that he was one of the best. I paid $14,000 for what was supposed to be 14,000 hairs. I circled the surgery report photo showing theres no info on hair count. Bolton sells by the length of tissue extracted not by the graft.

After surgery, I requested photos and began questioning the quality: unused incisions, front graft density, and the actual hair count. Josh then tried selling me another procedure (8,000 USD for 6,000 hairs), which I declined.

**Dr Brett bolton is now suing me, claiming i owe him 126k in lost revenue**

In my opinion, the work was below industry standards. The grafts were not densely packed, and the approach appeared to prioritize future procedures. Large incisions were made without regard for existing hairs. Many of the large incisions are unused. Medical report is void of any details on hair count harvested/implanted. I requested a partial refund and stated I would post an honest review without defamation.

### Related posts

r/HairTransplants · 3d ago
I saw this video on TikTok, what is your opinion on the hairline?
95 upvotes · 52 comments

r/HairTransplants · 7d ago
Day 10/11 Post Op Update/4643 Grafts/28 yrs/ Dr.Ratchathorn...
89 upvotes · 61 comments

r/HairTransplants · 2d ago
Glad I did it
86 upvotes · 32 comments

r/HairTransplants · 5d ago
Should have asked for a lower hairline?
67 upvotes · 117 comments

r/HairTransplants · 3d ago
7months, Dr.Ratchathorn, NW~4/5, 4240 FUE
37 upvotes · 39 comments

r/HairTransplants · 4d ago
4.5 month progress
33 upvotes · 29 comments

r/HairTransplants · 1d ago
1 year since my Hair Transplant and my journey
21 upvotes · 7 comments