**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. CASE NO. 26-61415-CV-DIMITROULEAS**

BOLTON MANAGEMENT, LLC, a
Florida Limited Liability Company
and DR. BRETT BOLTON, an individual

       Plaintiff,

vs.

BRYAN GILE, an individual;

       Defendant.

_____/

**PLAINTIFFS' AMENDED COMPLAINT**

COMES NOW Plaintiffs, BOLTON MANAGEMENT, LLC ("BOLTON MGMT") and

DR. BRETT BOLTON ("DR. BOLTON")(Collectively "Plaintiffs") by and through undersigned

counsel, hereby file their Amended Complaint against Defendant BRYAN GILE, ("Defendant")

and allege as follows:

**PARTIES, VENUE AND JURISDICTION**

1.     This is an action to recover money damages and other relief in excess of seventy-

five thousand Dollars ($75,001.00) exclusive of interest, costs, and attorney's fees.

2.     Plaintiff, BOLTON MGMT, a Florida Limited Liability Company with a principal

place of business located at 2715 E Oakland Park Blvd., Suite 200, Fort Lauderdale, FL 33306 and

is domiciled in the State of Florida.

3.     Plaintiff BOLTON MGMT, is owned and operated in Broward County, Florida by

its sole member, Dr. Brett Bolton who is a resident and domiciled in the State of Florida.

4.      Plaintiff, DR. BOLTON, an individual, is a resident of Broward County, Florida and serves as President and sole member of BOLTON MGMT.

5.      Defendant is an individual and upon information and belief is a resident of Texas.

6.      Venue is proper in Broward County, Florida as the causes of action arise and accrued in Broward County, Florida and Plaintiffs continue to suffer damages here in Broward County, Florida.

## GENERAL ALLEGATIONS

7.      DR. BOLTON is a doctor specializing in the field of hair transplant and restoration and the innovator of the MaxHarvest procedure.

8.      DR. BOLTON has worked as a medical doctor for more than 29 years, specifically dedicated to specialized hair restoration surgery.

9.      DR. BOLTON is a Florida licensed Doctor of Osteopathic Medicine and owns and operates BOLTON MGMT., d/b/a Great Hair Transplants based in Fort Lauderdale, Florida.

10.      In approximately 2025, Defendant sought and received a hair transplant service from DR. BOLTON in the Fort Lauderdale office.

11.      Following the hair transplant service, Defendant confirmed in numerous communications with DR. BOLTON's staff, his satisfaction with the procedure and the outcome. In fact, Defendant sent numerous text messages and emails to DR. BOLTON and his staff indicating that he is satisfied and happy with the work and understands that results will vary by patient.

12.      Additionally, Defendant confirmed he approved the shape of the hairline – and acknowledged that he made the final decision as to where the hairline was placed during the procedure.

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

13.     Less than a year after the surgery, Defendant began posting false and misleading posts and comments on the internet – specifically www.Reddit.com - using the pseudonym "National-yam-689".

14.     These posts contained intentionally and knowingly false information. For example, Defendant falsely asserts that DR. BOLTON "chose" his hairline, despite Defendant's acknowledgement he made the final decision as to the shape and placement of the hairline and Defendant specifically requested the hairline received.

15.     Additionally, Defendant has falsely indicated online that DR. BOLTON is a "*butcher*" or "*the Bolton butcher*" across numerous posts, comments and fabricated images.

16.     Defendant's online campaign to frame DR. BOLTON as a "*butcher*" or "*the Bolton butcher*" is meant to be taken literally, imputing conduct and characteristics incompatible with DR. BOLTON'S profession as a surgeon, and exposing DR. BOLTON to false statements, hatred, contempt, and irreparable harm to his business and reputation.

17.     The third-parties to whom these statements were directed, namely actual and potential clients of DR. BOLTON'S as well as the Reddit hair transplant community, reasonably understood these statements to mean that DR. Bolton was in fact an incompetent or unqualified surgeon.

18.     Third-parties have in fact seen these statements and understood them in this regard, as numerous third-parties have engaged with Defendant's posts via likes, comments, and discussions.

19.     Not only are Defendant's false and misleading posts an effort to damage DR. BOLTON and his stellar reputation, moreover, the continued posts and comments are clearly made

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

in an effort to attempt to extort a refund of the monies paid for the surgery. *See Text Messages attached hereto as Exhibit A.*

20.     Specifically, Defendant communicated to DR. BOLTON that he would continue posting on social media **unless** DR. BOLTON refunded monies paid for the surgery. *See id.*

21.     Defendant's entire online campaign against DR. BOLTON is a vindicative attempt to intentionally harm DR. BOLTON'S reputation, career and business for personal gain and satisfaction.

22.     Moreover, Defendant clearly has no regard for the public interest in making these false, misleading and vindicative statements, as he spreads inaccurate and defamatory information regarding DR. BOLTON'S results, practices and procedures in an attempt to misinform the public in furtherance of his own personal vendetta against DR. BOLTON in order to get his money back.

23.      Notwithstanding the false and defamatory statements made by Defendant, Defendant has also intentionally interfered with DR. BOLTON'S business and career by targeting potential clients of DR. BOLTON'S and convincing them not to go through with their surgeries.

24.     On approximately February 18, 2026, Plaintiffs sent a cease-and-desist letter directly to Defendant providing the evidence demonstrating the statements he was making were demonstrably false and requested his immediate retraction and correction of the intentional false statements.

25.     Thereafter, the parties attempted to resolve this matter as the online statements were not an actual portrayal of Defendant's experience with the Plaintiffs, and ultimately entered into an oral agreement, in which Defendant agreed to delete all posts relating to DR. BOLTON and to cease any further posting that in any way related to DR. BOLTON.

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

26.     Within a week of the agreement being reached and contrary to the representations he made, Defendant created a new profile and account under "Important-Fig4517" and uploaded new posts and photos – all of which present that same inaccurate, false, and misleading narrative against DR. BOLTON and BOLTON MGMT.

27.      On approximately April 2, 2026, Plaintiffs sent a second cease-and-desist letter directly to Defendant providing the evidence demonstrating the new posts and comments contained the same or similar knowingly false statements, which was contrary to the parties' oral agreement that Defendant remove and cease such statements.

28.     Defendant did not respond to the cease-and-desist letter and also failed to remedy the false statements, in fact, Defendant continues to keep making the false and misleading statements under various pseudonyms.

## COUNT I
## BREACH OF ORAL CONTRACT

29.     Plaintiffs adopt and incorporate the allegations of paragraphs 1 through 28 above as if fully set forth herein.

30.     Plaintiffs and Defendant formed a valid and legally enforceable oral contract for the deletion and cessation of Defendant's defamatory postings in exchange for Plaintiffs' agreement not to bring legal action against Defendant.

31.     Specifically, Defendant agreed to delete all prior posts, reviews, and statements made concerning DR. BOLTON and to refrain from making any further posts in any way concerning DR. BOLTON.

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

32.      Defendant did in fact delete many of his posts, however, shortly thereafter, Defendant – again - began posting false, misleading, and defamatory statements regarding Plaintiffs under a new account "Important-Fig4517" on Reddit.

33.      Defendant is in direct breach of the parties' oral contract, in which Defendant agreed to delete all false posts concerning Plaintiffs in any manner, and specifically to cease making any further negative, false, and defamatory posts about the Plaintiffs.

34.      As a direct result of Defendant's breach of oral contract, Plaintiffs have suffered direct harm, including but not limited to loss of business and reputational harm.

35.      Defendant has continued to publicly post and defame Plaintiffs and as such Plaintiffs continue to suffer harm.

## COUNT II
## DEFAMATION

36.      Plaintiffs adopt and incorporate the allegations of paragraphs 1 through 28 above as if fully set forth herein.

37.      Defendant knowingly and intentionally published written statements about Plaintiffs on the internet, including but not limited to www.Reddit.com and other social media platforms.

38.      These statements were all posted with malice and the intention of harming Plaintiffs and were not personal opinions.

39.      Specifically, Defendant's posts calling DR. BOLTON a "*butcher*" or "*the Bolton butcher*" is meant to be taken literally and as fact, imputing conduct and characteristics incompatible with DR. BOLTON'S profession as a surgeon, and exposing DR. BOLTON to ridicule, hatred, contempt, and irreparable harm to his business and reputation.

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

40.     The third-parties to whom these statements were directed, namely actual and potential clients of DR. BOLTON'S as well as the Reddit hair transplant community, reasonably understood these statements to mean that DR. Bolton was in fact an incompetent or unqualified surgeon.

41.     Third-parties have in fact seen these statements and understood them in this regard, as numerous third-parties have engaged with Defendant's posts via likes, comments, and discussions.

42.     DR. BOLTON is unable to counteract this false narrative spread by Defendant, as he has no greater access to the media than the general public or Defendant himself.

43.     Moreover, DR. BOLTON, by performing Defendant's hair transplant surgery, did not voluntarily place himself in a position or act in a manner which invited widespread public scrutiny, comment or ridicule.

44.     As a direct result of Defendant's unlawful actions, Plaintiffs have suffered direct harm, including but not limited to loss of business and reputational harm.

45.     Numerous potential clients of DR. BOLTON'S did in fact cancel or otherwise cease seeking services from DR. BOLTON.

46.     Defendant has continued to publicly post and defame Plaintiffs and as such Plaintiffs continue to suffer harm.

## COUNT III
## DEFAMATION PER SE

47.     Plaintiffs adopt and incorporate the allegations of paragraphs 1 through 28 above as if fully set forth herein.

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

48.     Defendant knowingly and intentionally published written statements about Plaintiffs on the internet, including but not limited to www.Reddit.com and other social media platforms.

49.     These statements were all posted with malice and the intention of harming Plaintiffs and were not personal opinions.

50.     Specifically, Defendant's posts calling DR. BOLTON a "*butcher*" or "*the Bolton butcher*" is meant to be taken literally and as fact, imputing conduct and characteristics incompatible with DR. BOLTON'S profession as a surgeon, and exposing DR. BOLTON to ridicule, hatred, contempt, and irreparable harm to his business and reputation.

51.     The third-parties to whom these statements were directed, namely actual and potential clients of DR. BOLTON'S as well as the Reddit hair transplant community, reasonably understood these statements to mean that DR. Bolton was in fact an incompetent or unqualified surgeon.

52.     Third-parties have in fact seen these statements and understood them in this regard, as numerous third-parties have engaged with Defendant's posts via likes, comments, and discussions.

53.     DR. BOLTON is unable to counteract this false narrative spread by Defendant, as he has no greater access to the media than the general public or Defendant himself.

54.     Moreover, DR. BOLTON, by performing Defendant's hair transplant surgery, did not voluntarily place himself in a position or act in a manner which invited widespread public scrutiny, comment or ridicule.

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

55. These statements – specifically regarding DR. BOLTON as a *"butcher"*– are inherently damaging to Plaintiffs' reputation and livelihood as a surgeon and presumptively cause harm.

56. These statements were knowingly false and were intentionally published or published with reckless disregard.

57. Defendant clearly has no regard for the public interest in making these false, misleading and vindicative statements, as he spreads inaccurate information regarding DR. BOLTON'S results, practices and procedures in an attempt to misinform the public in furtherance of his own personal vendetta against DR. BOLTON.

58. As a direct result of Defendant's unlawful actions, Plaintiffs have suffered direct harm, including but not limited to loss of business and reputational harm.

59. Numerous potential clients of DR. BOLTON'S did in fact cancel or otherwise cease seeking services from DR. BOLTON.

60. Defendant has continued to publicly post and defame Plaintiffs and as such Plaintiffs continue to suffer harm.

61. Additionally, the actions and communications with Plaintiffs prior to (and during) the posting of this false information demonstrate that Defendant acted wantonly and with willful disregard of Plaintiffs' rights, and therefore, Defendant's conduct warrants punitive damages at the appropriate stage of this proceeding.

## COUNT IV
## TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS

62. Plaintiffs adopt and incorporate the allegations of paragraphs 1 through 28 above as if fully set forth herein.

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

63.     Defendant was fully aware that the audience of its online posts were all potential clients of Plaintiffs' – each of whom would have a direct interest in Plaintiffs' services.

64.     Specifically, Defendant targeted the Reddit hair transplant community, which Defendant was aware contained individuals seeking hair transplants and potential clients of DR. BOLTON'S.

65.     Defendant intentionally interfered with DR. BOLTON'S business by targeting these potential clients of DR. BOLTON'S and convincing them to cancel or otherwise not pursue surgeries with DR. BOLTON.

66.     Numerous potential clients of DR. BOLTON'S did in fact cancel or otherwise cease seeking services from DR. BOLTON.

67.     In making such statements, Defendants intentionally interfered with Plaintiffs' prospective business relationships, with intent to harm Plaintiffs' business.

68.     Defendant acted with malice, and without privilege, in furtherance of an intent to damage and interfere with DR. BOLTON and Plaintiffs' business.

69.     Plaintiffs have been damaged by Defendant's conduct in an amount which exceeds $75,001.00.

WHEREFORE, Plaintiffs, DR. BRETT BOLTON and BOLTON MANAGEMENT LLC respectfully request that this Honorable Court enter preliminary, permanent, and other appropriate injunctive relief prohibiting Defendant, and all persons acting in concert with Defendant from continuing to publicly post and defame Plaintiffs; and enter judgment awarding Plaintiffs such damages, including compensatory, actual and punitive damages and attorney's fees and costs, as are appropriate in view of Defendant's ongoing conduct and any other relief this Court deems just.

THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Hwy, Suite 202, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury for all issues so triable.

Dated: July 10, 2026

Respectfully Submitted,

By: /s/KELLY ANN M. DESROSIERS
Kelly Ann M. desRosiers, Esq.
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
Lorri Lomnitzer, Esq.
Florida Bar No. 37632
Lorri@Lomnitzerlaw.com
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy. Suite 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
*Attorneys for Plaintiffs*