# EXHIBIT A

I promise you, Josh I will continue to spread the word since you guys didn't wanna kick me back half of my money for this mediocre work.

I haven't even made a YouTube channel yet or an Instagram channel yet or visited many forums.

I will keep grinding for the next year. It's a long-term play