UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BOLTON MANAGEMENT, LLC and
DR. BRETT BOLTON,

     Plaintiffs,

v.

BRYAN GILE,

     Defendant.

Case No. 26-cv-61415-WPD

## <u>DEFENDANT'S NOTICE OF STRIKING</u>

Defendant Bryan Gile provides notice of striking his motion to dismiss (ECF No. 14).

Mr. Gile has filed an amended motion to dismiss (ECF No. 15), which should be considered in

lieu of the stricken motion.

Dated: July 13, 2026.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
james@slater.legal
Tel. (305) 523-9023

*Attorneys for Defendant Bryan Gile*