**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. CASE NO. 26-61415-CV-DIMITROULEAS**

BOLTON MANAGEMENT, LLC, a
Florida Limited Liability Company
and DR. BRETT BOLTON, an individual

Plaintiffs,

vs.

BRYAN GILE, an individual;

Defendant.

______________________________/

**NOTICE OF DISMISSAL WITH PREJUDICE**

BOLTON MANAGEMENT, LLC., and DR. BRETT BOLOTON, by and through the undersigned counsel, and pursuant to agreement of the Parties, hereby dismiss this action with prejudice against Defendant BRYAN GILE. Each Party shall bear its own attorneys' fees and costs.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August, I filed a true and correct copy of the foregoing document using the CM/ECF and a copy was sent to all counsel of record.

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

Respectfully Submitted,

/s/ Kelly Ann desRosiers, Esq.
Kelly Ann desRosiers, Esq.
Florida Bar No. 1017878
Kelly@Lomnitzerlaw.com
/s/ Lorri Lomnitzer, Esq.
Lorri Lomnitzer, Esq.
Florida Bar No. 37632
Lorri@Lomnitzerlaw.com
**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Highway, Ste. 202
Boca Raton, FL 33487
Telephone: (561) 953-9300
*Attorneys for Plaintiffs*