UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61415-CIV-DIMITROULEAS

BOLTON MANAGEMENT, LLC, a Florida
Limited Liability Company and DR. BRETT BOLTON, an individual,

Plaintiffs,

vs.

BRYAN GILE, an individual;

Defendant.
_______________________________________/

**ORDER APPROVING VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court upon Notice of Dismissal With Prejudice [DE 19] filed herein August 20, 2026. The Court has carefully reviewed the above notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 19] is hereby **APPROVED**.
2. The case is **DISMISSED WITH PREJUDICE**.
3. The Clerk is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 21st day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record